# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN H. JOHNSON, PAULA A. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC., U.S. BANK, N.A.,<br><br>Defendants. | No. ED CV 19-1387 PA (GJSx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's September 6, 2019 Order dismissing the Complaint filed by plaintiffs Stephen H. Johnson and Paula A. Johnson (collectively "Plaintiffs") without leave to amend;

It is therefore now ORDERED, ADJUDGED, and DECREED that defendants Caliber Home Loans, Inc. and U.S. Bank, N.A. (Collectively "Defendants") shall have judgment in their favor against Plaintiff.

It is further ORDERED, ADJUDGED, and DECREED that this action is dismissed.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit.

DATED: September 10, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE